UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CLARK BARKINS,

        Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____/

No. C 11-0203 PJH

**BRIEFING ORDER**

On January 13, 2011, plaintiff, proceeding pro se, filed his appeal from a decision by the Commissioner of Social Security. On July 14, 2011, defendant filed a motion to dismiss the appeal. Plaintiff's opposition to the motion must be filed and served on the defendant **no later than September 9, 2011.** Defendant's reply, if any, is due **no later than September 23, 2011.** The court will decide the matter on the papers.

**IT IS SO ORDERED.**

Dated: August 19, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge